# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00781-CR

**David Randall Wright, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 101388, HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David Randall Wright no longer wishes to pursue this appeal and has filed a motion to dismiss it. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.2(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: March 7, 2014

Do Not Publish